UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Yolanda Harper Barnhill**　　　　　　　　　　　　　Docket No. 4:21-CR-30-1M

**Petition for Action on Supervised Release**

COMES NOW Shawn M. Lyon, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Yolanda Harper Barnhill, who, upon an earlier plea of guilty to Conspiracy to Commit an Offense Against or to Defraud the United States, in violation of 18 U.S.C. § 371, was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on October 19, 2021, to the custody of the Bureau of Prisons for a term of 28 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Yolanda Harper Barnhill was released from custody on May 5, 2023, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was ordered to pay $500.00 per month beginning 60 days after release from custody. The defendant has paid a total of $6,000.00 since her release on May 5, 2023, and the defendant is in arrears $3,500.00 in her payments. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

Based upon a review of the defendant's financial statement and her lack of ability to pay the required $500 monthly payment, our office respectfully recommends that the monthly payment be reduced to $250.00 to begin April 1, 2025. Except as herein modified, the judgment shall remain in full force and effect.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ C. Lee Meeks, Jr.　　　　　　　　　　　　　/s/ Shawn M. Lyon
C. Lee Meeks, Jr.　　　　　　　　　　　　　　　Shawn M. Lyon
Supervising U.S. Probation Officer　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　200 Williamsburg Pkwy, Unit 2
　　　　　　　　　　　　　　　　　　　　　　　　Jacksonville, NC 28546-6762
　　　　　　　　　　　　　　　　　　　　　　　　Phone: 910-467-5110
　　　　　　　　　　　　　　　　　　　　　　　　Executed On: February 21, 2025

Yolanda Harper Barnhill
Docket No. 4:21-CR-30-1M
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 26th day of February, 2025, and ordered filed and made a part of the records in the above case.

*Richard E. Myers II*
Richard E. Myers II
Chief United States District Judge